UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG HUY DAO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>BRAVO, et al.,<br><br>　　　　　Defendants. | 1:25-cv-00970-HBK<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **WITNESS CUONG HUY DAO, CD # AU-6855, <u>BY TELEPHONE CONFERENCE</u>**<br><br>**DATE: April 2, 2026**<br>**TIME: 1:30 p.m.** |

**Cuong Huy Dao, CD # AU-6855**, who is a necessary and material witness in a pre-settlement telephone conference scheduled on April 2, 2026, is confined at **California State Prison, Corcoran (3461), P.O. Box 3461, Corcoran, Ca 93212-3461**, in the custody of the Warden.  To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear inmate before Magistrate Erica P. Grosjean, by telephone conference from his place of confinement, on **April 2, 2026, at 1:30 p.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by teleconference, to participate in a telephonic pre-settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California State Prison, Cocoran at (559) 992-7372 or via email at CDCRCORLitigationCoordinator@cdcr.ca.gov.

4. Any difficulties connecting to telephone conference shall immediately be reported to Felicia Navarro, Courtroom Deputy, at fnavarro@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of California State Prison, Corcoran (3461), P.O. Box 3461, Corcoran, Ca 93212-3461**

**WE COMMAND** you produce the inmate named above to testify before Magistrate Judge Erica P. Grosjean at the time and place above, by telephone conference, until completion of the pre-settlement telephone conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:    March 9, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

