UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG HUY DAO,<br><br>              Plaintiff,<br><br>v.<br><br><br>BRAVO, et al.,<br>              Defendants. | 1:25-cv-00970-HBK<br><br>SECOND AMENDED[1] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **WITNESS CUONG HUY DAO, CD # AU-6855, BY ZOOM VIDEO CONFERENCE**<br><br>**DATE: April 9, 2026**<br>**TIME: 1:00 p.m.** |

**Cuong Huy Dao, CD # AU-6855**, who is a necessary and material witness in settlement conference in this case on April 9, 2026, is confined at **California Men's Colony,  Colony Driver, San Luis Obispo, CA 93409**, in the custody of the Warden.  To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear inmate before Magistrate Erica P. Grosjean, by **Zoom video conference** from his place of confinement, on **April 9, 2026, at 1:00 p.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, and the inmate's necessary legal papers, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California Men's Colony, San Luis Obispo at (805)547-7791 and via email at CDCRCMCLitigationCoordinator@cdcr.ca.gov.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Felicia Navarro, Courtroom Deputy, at fnavarro@caed.uscourts.gov.

---

[1] On April 7, 2026, the court was advised that the inmate has been transferred a second time.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Men's Colony, P.O. Box 8101, San Luis Obispo, CA 93409**

**WE COMMAND** you produce the inmate named above to testify before Magistrate Judge Erica P. Grosjean at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:     April 7, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

