UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG HUY DAO,<br><br>       Plaintiff,<br><br>    v.<br><br>M. BRAVO, et al.,,<br><br>       Defendants. | Case No.  1:25-cv-00970-HBK<br><br>ORDER REQUIRING PLAINTIFF<br>TO IDENTIFY JOHN DOE DEFENDANTS<br><br>AUGUST 10, 2026 DEADLINE |

On September 15, 2025, the Court ordered Plaintiff to find and provide the real names of the two unidentified correctional officers ("John Does"). (Doc. 13). The Court explained that Plaintiff could use subpoenas or other discovery tools and then file a "notice of substitution" to replace the Doe defendants with their real names. (*Id*). On January 15, 2026, the Court granted Plaintiff extra time, explaining once a discovery and scheduling order is entered, Plaintiff may utilize the discovery process to obtain the names of the Doe defendants. (Doc. 23).

On April 20, 2026, the Court entered a Case Management Scheduling Order and permitted discovery to commence. (Doc. 43). As of the date of this Order, Plaintiff has not filed a notice of substitution identifying the John Doe defendants.

Accordingly, it is hereby ORDERED:

1.  No later than August 11, 2026, Plaintiff must discover and provide the real names of the two unidentified correctional officers currently listed as John Does and file a

"notice of substitution" naming them as defendants.

2. If Plaintiff does not file a notice of substitution with the real names of the two John Doe defendants, the Court will recommend that those John Doe defendants be dismissed from the case without prejudice.

Dated:    June 10, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2