UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUONG HUY DAO,

          Plaintiff,

    v.

M. BRAVO, et al.,

          Defendants.

Case No.   1:25-cv-00970-HBK

ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR SECOND EXTENSION OF TIME

(Doc. 48)

On June 9, 20206, Defendants M. Bravo, J. Rivera, J. Perez, A. Heredia, D. Davila, P. Medina, C. Reyes, V. Callejo, and N. Kongara filed an Ex Parte Motion for a Second Extension of Time.  (Doc. 48).

The Court finds good cause to grant the motion.  Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4).

Accordingly, it is ORDERED:

Defendants' Ex Parte Motion for a Second Extension of Time (Doc. 48) is GRANTED and Defendants shall file a response to the operative on or before June 24, 2026.

Dated:   June 09, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE