IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG HUY DAO,<br>Plaintiff,<br>v.<br>M. BRAVO, et al.,<br>Defendants. | Case No. 1:25-cv-00970-HBK<br>ORDER GRANTING DEFENDANTS REYES, CALLEJO, AND KONGARA'S EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE AN EXHAUSTION MOTION<br>(Doc. 66) |

On July 17, 2026, Defendants Reyes, Callejo, and Kongara filed an Ex Parte Application to Modify the Scheduling Order to Extend the Time to File an Exhaustion Motion. (Doc. 66, "Application"). The current exhaustion-based motion for summary judgment deadline is July 20, 2026. (Doc. 43). Having reviewed the Application and the record, the Court finds Defendants have demonstrated good cause to modify the exhaustion-based motion for summary deadline in the Case Management and Scheduling Order. *See* Fed. R. Civ. P. 16(b)(4).

Accordingly, IT IS ORDERED:

1. Defendants' Application (Doc. 66) is GRANTED.
2. Defendants Reyes, Callejo, and Kongara's deadline to file a motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies is extended to September 3, 2026.

3. All other deadlines in the April 20, 2026 Case Management and Scheduling Order (Doc. 43) remain in effect.

Dated: July 17, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE