IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG HUY DAO,<br>Plaintiff,<br>v.<br>M. BRAVO, et al.,<br>Defendants. | Case No. 1:25-cv-00970-HBK<br>ORDER GRANTING PLAINTIFF'S MOTON FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' EXHAUSTION-BASED MOTION FOR SUMMARY JUDGMENT<br>(Doc. 75) |

On August 20, 2026, Defendants Reyes, Callejo, and Kongara filed a motion for summary judgment based on Plaintiff's alleged failure to exhaust administrative remedies. (Doc. 69). On September 17, 2026, Plaintiff filed a document labeled as an opposition that appears instead to request a sixty-day extension of time to oppose the motion. (Doc. 71). In their reply, Defendants stated that they would not oppose a reasonable extension of time if the Court construed Plaintiff's filing as a request for an extension. (Doc. 74).

On October 1, 2026, Plaintiff filed a subsequent motion requesting a thirty-day extension of time to file his opposition, explaining that he had now received his legal documents. (Doc. 75). The Court construes Plaintiff's October 1, 2026 motion as superseding his earlier request for a sixty-day extension. In light of Plaintiff's receipt of his legal documents and Defendants' stated

nonopposition to a reasonable extension, the Court finds good cause to grant the requested extension.

Accordingly, IT IS ORDERED:

1. Plaintiff's October 1, 2026 motion for a thirty-day extension of time (Doc. 75) is GRANTED.
2. Plaintiff's September 17, 2026 request for a sixty-day extension of time (Doc. 71) is DENIED as moot.
3. Plaintiff shall deliver his response to Defendants Reyes, Callejo, and Kongara motion for summary judgment to correctional official for mailing no later than November 20, 2026.
4. Defendants' reply to Plaintiff's response is governed by Local Rule 230(l).

Dated: October 20, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE