UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUONG HUY DAO,

Plaintiff,

v.

M. BRAVO, et al.,

Defendants.

Case No. 1:25-cv-00970-HBK (PC)

ORDER GRANTING PLAINTIFF FINAL EXTENSION OF TIME TO PROVIDE SUFFICIENT INFORMATION TO PERMIT SERVCIE OF PROCESS ON GUITERREZ AND FEMALE DOE

FEBRUARY 5, 2027 DEADLINE

ORDER NOTING PLAINTIFF'S VOLUNTARY DISMISSAL OF JOHN DOE

On July 17, 2026, Plaintiff responded to the Court's order to show cause why Defendants A. Gutierrez and the Doe defendants should not be dismissed under Federal Rule of Civil Procedure Rule 4(m). (Doc. 68). Plaintiff stated that he does not oppose the dismissal of the male John Doe defendant but requested additional time to identify Defendant A. Gutierrez and the female Jane Doe defendant through discovery.

Plaintiff describes A. Gutierrez as a Mexican correctional officer who worked second watch in the D6 Administrative Segregation Unit and accompanied M. Lopez on August 29, 2024, when Plaintiff was removed from cell D6-102 for an Institutional Classification Committee hearing. Plaintiff describes A. Gutierrez as approximately five feet six inches tall, weighs approximately 160-170 pounds, and has a mustache. Plaintiff describes the female Jane Doe

defendant as a Mexican correctional officer who is approximately five feet five inches tall, weighs approximately 140 pounds, and has dark brown, shoulder-length hair.

Considering Plaintiff's pro se status, the Court will grant him one final extension of time to identify Defendant A. Gutierrez and the female Jane Doe defendant.

Accordingly, IT IS ORDERED:

1. The Court discharges the July 8, 2026 Order to Show Cause (Doc. 64).
2. The Court construes Plaintiff's statement that he does not oppose dismissal of the male John Doe defendant as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a). The male John Doe defendant is voluntarily dismissed form this action without prejudice.;
3. Plaintiff is granted one final extension of time, until February 5, 2027, to identify Defendant A. Gutierrez and the female Jane Doe defendant and provide sufficient information to permit service of process.
4. Failure to comply with this Order will result in a recommendation that Defendant A. Gutierrez and the female Jane Doe defendant be dismissed from this action without prejudice.

Dated: November 22, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE