UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUONG HUY DAO,

Plaintiff,

v.

M. BRAVO, et al.,

Defendants.

Case No. 1:25-cv-00970-HBK (PC)

ORDER GRANTING DEFENDANTS' UNOPPOSED EX PARTE APPLICATION TO MODIFY DISCOVERY AND SCHEDULING ORDER

(Doc. 79)

Pending before the Court is Defendants' ex parte application to extend the remaining deadlines established by the April 20, 2026 Case Management Scheduling Order. (Doc. 79). Defendants seek a 60-day extension due to a change in counsel and represent that Plaintiff does not oppose the requested extension. (*Id.*).

Good cause appearing under Federal Rule of Civil Procedure 16(b)(4), the Court grants Defendants' application.

Accordingly, IT IS ORDERED:

1. Defendants' Ex Parte Application (Doc. 79) is GRANTED.
2. The remaining case management deadlines are extended as follows:
    a. Completion of non-expert discovery: March 19, 2027.
    b. Submission of settlement report: April 23, 2027.
    c. Filing of dispositive motions: June 18, 2027.

3. All other provisions of the April 20, 2026 Case Management and Scheduling Order (Doc. 43) remain in effect.

Dated: November 22, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE